**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01763-CV

**CARDIOVASCULAR PROVIDER RESOURCES INC., Appellant**

**V.**

**CHARLES GOTTLICH M.D., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08894**

## ORDER

The reporter's record in this appeal was originally due March 27, 2014. On July 1, 2014, we granted Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, an extension of time to file the record and ordered the record be filed no later than July 18, 2014. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Martin to file the record within ten (10) days of the date of this order. We caution Ms. Martin that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send a copy of the order to the Honorable Phyllis Lester Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas; Ms. Martin; and counsel for all parties.

/s/ ELIZABETH LANG-MIERS
   JUSTICE